UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

        Plaintiff,

-against-

ALIBABA GLOBAL SHIPPING, INC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022

22 Civ. 1612 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by April 25, 2022. ECF No. 12. Those submissions are now overdue. Accordingly, by **May 3, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge